# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

Case No. 6D2024-1979
Lower Tribunal No. 2023-249-J

—————————————————

D.D.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

Appeal from the Circuit Court for Charlotte County.
Peter A. Bell, Judge.

March 31, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and WHITE, JJ., concur.


Blair Allen, Public Defender, and Maura J. Kiefer, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and William A. Leto, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED